# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: DNCW301CR000223-001 |
| JAMES MARVIN CROWDER ) | USM No: 17543-058 |
| Date of Original Judgment: June 24, 2003 ) | |
| Date of Last Amended Judgment: January 21, 2009 ) | Ross Hall Richardson |
| | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ■ **DENIED.** ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Original Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | II | Criminal History Category: | II |
| Original Guideline Range: | 151-188 months | Amended Guideline Range: | 121-151 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is comparably less than the amended guideline range.
❒ The reduced sentence is above the amended guideline range.
■ Other (explain):  The defendant was previously re-sentenced under the provisions in Amendment 706 and received a sentence at the mandatory minimum. No further reduction is applicable.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  June 24, 2003  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  January 31, 2012

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge